IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC DASHON PETERSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0029-CG-N |
| | ) |
| CYNTHIA WHEELER, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be and is hereby **DISMISSED** as time-barred. The Court further finds that Petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 3rd day of December, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE